**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Samuel NAVARRETTE-AGUILAR, a.k.a. Guayabo, Defendant-Appellant.**

**No. 16-30104**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2017 *

Filed July 17, 2017

Kathleen Louise Bickers, I, Esquire, Assistant U.S. Attorney, Kelly A. Zusman, Assistant U.S. Attorney, DOJ-USAO, Portland, OR, for Plaintiff-Appellee

Per C. Olson, Hoevet Olson Howes, PC, Portland, OR, for Defendant-Appellant

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

## MEMORANDUM **

Samuel Navarrette-Aguilar appeals from the district court's judgment and challenges the 168-month concurrent sentences imposed upon remand for resentencing following his convictions for heroin trafficking conspiracy, distribution of heroin, and possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Navarrette-Aguilar contends that his sentence is substantively unreasonable. The court did not abuse its discretion in imposing Navarrette-Aguilar's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The within-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Navarrette-Aguilar's criminal history and the nature of the offense. *See Gall,* 552 U.S. at

51, 128 S.Ct. 586; see also *United States v. Carter,* 560 F.3d 1107, 1121 (9th Cir. 2009) (sentencing disparities are not unwarranted where defendant and his co-conspirators are not similarly situated).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

